USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 8/26/13

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

CITY OF TAYLOR GENERAL EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

-against-

MAGNA INTERNATIONAL INC., FRANK STRONACH, DONALD J. WALKER, and VINCENT J. GALIFI,

Defendants.

---------------------------------------------------------X

12 **CIVIL** 3553 (NRB)

# JUDGMENT

Defendants having moved to dismiss plaintiff's amended complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on August 22, 2013, having rendered its Memorandum and Order granting defendants' motion to dismiss and dismissing the amended complaint with prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 22, 2013, defendants' motions to dismiss are granted and the amended complaint is dismissed with prejudice; the Court wish to emphasize that the length of the Memorandum and Order dated August 22, 2013 should not be misinterpreted to reflect the Court's view that the amended complaint has any merit whatsoever; to the contrary, the Court have extensively quoted the disclosures to highlight the total lack of even arguable merit to plaintiff's claims.

**Dated:** New York, New York
August 26, 2013

**RUBY J. KRAJICK**

______________________
**Clerk of Court**

**BY:** ______________________
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON ______